

FILED
FEB 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case No. '08 MJ 8154 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | Title 8, U.S.C., Section 1326 |
| Priciliano MARTINEZ-Trejo, ) | Deported Alien Found In the United States |
| Defendant. ) | |

The undersigned complainant, being duly sworn, states:

On or about February 19, 2008, within the Southern District of California, defendant Priciliano MARTINEZ-Trejo, an alien, who previously had been excluded, deported, and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

MARCO A. MIRANDA
Senior Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 21th DAY OF FEBRUARY 2008.

PETER C. LEWIS
United States Magistrate Judge

UNITED STATES OF AMERICA
      v.
Priciliano MARTINEZ-Trejo

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, D. Santana, that the Defendant was found and arrested on February 19, 2008 west of Calexico, California.

BPA Santana was performing his assigned Border Patrol duties approximately 9 miles west of Calexico, California and encountered an illegal alien later identified as Priciliano MARTINEZ-Trejo. BPA Santana identified himself as a Border Patrol Agent and questioned MARTINEZ as to his immigration status to be in the United States. MARTINEZ stated that he was a citizen of Mexico and illegally in the United States. MARTINEZ was placed under arrest.

Record checks revealed that an Immigration Judge ordered MARTINEZ deported to Mexico from the United States on December 21, 2001. Record checks also revealed that MARTINEZ is currently on supervised release.

There is no evidence MARTINEZ has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.